**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Henry W., and Christina S., Defendants,

Of whom Henry W. is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2013-001191

―――――――――

Appeal From Laurens County
John M. Rucker, Family Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-149
Submitted March 13, 2014 – Filed March 27, 2014

―――――――――

**AFFIRMED**

―――――――――

Richard Whitney Allen, of The Law Offices of Richard W. Allen, L.L.C., of Laurens, for Appellant.

Laura Bardsley Houck, of Laurens, for Respondent.

Donna June Jackson, of Clinton, for Guardian ad Litem.

_____

**PER CURIAM:**  Henry W. appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.